# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Mohamed Elsherbiny
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 811459/2021E

DATE OF FILING: 08/23/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF SUFFOLK    ss:

I, Marlon S. Beckles, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 09/13/2021 at 10:07 AM at 40th Precinct, 257 Alexander Ave, Bronx, NY 10454,
Deponent served the Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing upon P.O. Ivan Cruz, Shield No. 25251, Tax ID No. 967022, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to P.O. Montgomery, , a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: Male  Skin: White/Hispanic  Hair: Bald  Age (Approx): 45-55  Height(Approx): 5'9"  Weight(Approx): Over 200lbs  Glasses: No  Other:

On 09/13/2021, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
September 13 2021

NADIA L. CAMPBELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CA6384773
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES 09-25-2021

Marlon S. Beckles
License No. 2096914

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1634009