# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x
MOHAMED ELSHERBINY,

                        Plaintiff,

- against -

THE CITY OF NEW YORK, IVAN CRUZ, AND JOHN OR JANE DOE 1-10,

                        Defendants.
------------------------------------------------------------------------x

Index No. # 811459/2021E

Law Dep't No.: 2021-002273

**CONSENT TO REMOVAL**

**P.O. IVAN CRUZ**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

           September 14, 2021

                                                      _____
                                                      P.O. Ivan Cruz